UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL MOODY | CIVIL ACTION |
| v. | NUMBER 04-617-JJB-DLD |
| ANDRE CAVALIER, ETAL | |

## ORDER

**IT IS ORDERED** that a settlement conference is hereby set for **December 5, 2007, at 10:00 a.m.**, in chambers, which is located at 777 Florida St., Room 265, Baton Rouge, Louisiana. The parties shall submit, via facsimile to (225) 389-3603, confidential settlement position papers (please be brief and to the point) by **noon on November 28, 2007**. **DO NOT FILE YOUR POSITION PAPERS IN THE RECORD**. The position paper should set forth a brief statement of your claim or defense followed by the strengths and weaknesses of your position. The concluding section should contain suggestions for a satisfactory resolution of the claim. Please do not be bound by monetary solutions, but rather consider all possible alternatives to reaching a satisfactory resolution. Also, please keep in mind that these submissions are confidential, will not be exchanged, are not binding, and that posturing is inappropriate and only serves to handicap the process. The Magistrate Judge serves as a neutral facilitator in this process; thus it serves no purpose for either party to attempt to convince the Magistrate Judge of his position.

The settlement conference itself will begin with a brief statement by the Magistrate Judge followed by opening statements from each party. Thereafter, the parties will be separated, and the Magistrate Judge will facilitate the negotiations between the parties.

Each party shall have someone with settlement authority present at the conference, and defendant's principal shall have authority that encompasses the most recent pending settlement proposal made by plaintiffs

Signed in Baton Rouge, Louisiana, on November 15, 2007.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**