UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL MOODY** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 04-617-JJB-DLD** |
| **ANDRE' CAVALIER, ET AL** | |

### ORDER

A settlement conference was held on December 5, 2007, which resulted in a full and final resolution of this matter. The parties agreed to finalize the settlement documents and exchange settlement funds within 30 days.

Signed in Baton Rouge, Louisiana, on December 5, 2007.

**MAGISTRATE JUDGE DOCIA L. DALBY**

CV33A: T:03:00