UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANIEL MOODY                             C. A. NO.: 04-617-JJB-DLD

VERSUS

ANDRÉ CAVALIER, ET AL.

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff, Daniel Moody, and defendant, André Cavalier, hereby represent to the Court that they have amicably resolved all claims and causes of action herein and hereby stipulate to and request the entry of an order dismissing all claims and demands asserted by plaintiff against André Cavalier with prejudice, each party to bear their own costs.

WHEREFORE, plaintiff and defendant pray that an order of dismissal, with prejudice, be entered as requested herein.

Respectfully submitted,

_____
Andre' P. Gauthier (#21294)
GAUTHIER & AMEDEE
2111 South Burnside Avenue
Gonzales, LA 70737
Telephone: (225) 647-1300
Fax: (225) 647-1375
*Attorney for Plaintiff*

_____
Bradley C. Myers (#1499) (T.A)
Katie L. Deranger (#29831)
KEAN, MILLER, HAWTHORNE,
D'ARMOND, McCOWAN & JARMAN, L.L.P.
Post Office Box 3513
One American Place, 22nd Floor
Baton Rouge, LA 70821
Telephone: (225) 387-0999
Fax: (225) 388-9133
*Attorney for André Cavalier*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the following by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this _25th_ day of January, 2008.

_____
Bradley C. Myers

1284672_1.DOC

DANIEL MOODY                                C. A. NO.: 04-617-JJB-DLD

VERSUS

ANDRÉ CAVALIER, ET AL.

## JUDGMENT OF DISMISSAL

Upon the stipulation of Plaintiffs and Defendants to dismiss this action;

**IT IS ORDERED** that this action and all of the claims and/or causes of action asserted by Plaintiffs against Defendants be and are hereby dismissed, with prejudice, with each party to bear its own costs.

Baton Rouge, Louisiana, this _____ of January, 2008.


_____
**JUDGE, U. S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**